IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| COLBERT F. CLARK | ) | |
| | ) | |
|     Debtor, | ) | |
| | ) | |
| J. LES ALEXANDER, III, | ) | |
| Trustee, and GENERAL | ) | |
| ELECTRIC CAPITAL | ) | |
| CORPORATION, | ) | |
| | ) | |
|     Appellants, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:09cv390-MHT |
| | ) | (WO) |
| COLBERT F. CLARK and | ) | |
| LAURA J. CLARK, | ) | |
| | ) | |
|     Appellees. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that the motions to dismiss (Doc. Nos. 6 & 7) are granted and this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of July, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**